SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.

No. 01–5135.

United States Court of Appeals, Federal Circuit.

March 21, 2002.

Before MICHEL, GAJARSA, and DYK, Circuit Judges.

*Judgment*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

LANCE LOGGING CO., INC. (doing business as Wolf Creek Industries) and Wolf Creek Industries, Inc., Appellants,

v.

Ann M. VENEMAN, Secretary of Agriculture Appellee.

No. 01–1265.

United States Court of Appeals, Federal Circuit.

March 22, 2002.

Before GAJARSA, LINN, and PROST, Circuit Judges.

*Judgment*

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:*

*AFFIRMED. See* Fed. Cir. R.36.